PD-0098-15

PD-0098-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/23/2015 4:59:50 PM
Accepted 1/29/2015 11:26:00 AM
ABEL ACOSTA
CLERK

NO. 03-13-0037-CR

| | | |
|---|---|---|
| EDDIE MATTHEWS | * | IN THE COURT OF |
| Petitioner | * | |
| | | |
| VS. | * | CRIMINAL APPEALS |
| | * | |
| | | |
| THE STATE OF TEXAS | * | |
| Respondent | * | AT AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, EDDIE MATTHEWS, Appellant, and files this Motion for an Extension in which to file a Petitioner for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

**I.**

The Petitioner's appeal was affirmed by the Third Court of Appeals on December 23, 2014. Appellant's P.D.R. is therefore due by January 23, 2015  Petitioner has requested no previous extensions.

**II.**

Pursuant to Texas Rules of Appellate Procedure 68.2(c) Petitioner would hereby request an extension of time in which to file his P.D.R.

**III.**

Counsel was just retained to represent Petitioner on PDR. Attorney for the Petitioner would further show the Court that he has been diligent in preparing Appellant's application in this case. Due to counsel's trial and appellate schedule he has not been able to complete the research and

drafting of the application, and would therefore request this extension so that he may timely do so.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for

filing the Petitioner 's PDR to February 23, 2015.

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)
Arielpayan@hotmail.com

   /s/ Ariel Payan
ARIEL PAYAN
State Bar No. 00794430

CERTIFICATE OF SERVICE

By my signature above I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Petition for Discretionary Review has been delivered to the Criminal District Attorney, on January 23, 2015.